PETER J. VOLLEMANS, JR. *v.* TOWN OF WALLINGFORD

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 188 (AC 27332), is granted, limited to the following issues:

"1. In interpreting General Statutes § 46a-82 (e), did the Appellate Court properly hold that the statute of limitations began to run on the last day the plaintiff worked?

"2. Did the Appellate Court properly determine that summary judgment was inappropriate because (a) there was a genuine issue of material fact regarding the notice of termination and (b) there was a genuine issue of material fact regarding pretext?"

SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17974.

*Michael J. Rose* and *Johanna G. Zelman,* in support of the petition.

*John-Henry M. Steele,* in opposition.

Decided September 26, 2007

KATHLEEN BIRCHARD *v.* CITY OF NEW BRITAIN

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 79 (AC 27831), is denied.

*Irena J. Urbaniak,* city attorney, in support of the petition.

Decided September 26, 2007